IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **XYZ Corporation,**<br><br>Plaintiff,<br><br>v.<br><br>**The Individuals Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A to the Complaint**,<br><br>Defendants. | Civil No.: 1:24-cv-02825<br><br>Judge: Honorable Elaine E. Bucklo<br><br>Magistrate: Honorable Sheila M. Finnegan |

## NOTICE TO WITHDRAW MOTIONS

**PLEASE TAKE NOTICE THAT** Defendant, rttmall ("Defendant"), hereby withdraws its Motion to Dismiss for Lack of Jurisdiction [DE 37] and Motion to Sever [DE 36], given the settlement between Plaintiff and Defendant.

Respectfully submitted on Sept. 9, 2024.

/s/ Jianyin Liu

FBN: 1007675
Jianyin Liu, Esq.
The Law Offices of James Liu, LLC
15750 SW 92nd Ave Unit 20C
Palmetto Bay, FL 33157
Ph: (305) 209 6188
Email: jamesliulaw@gmail.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing was sent via CM/ECF on Sept. 9, 2024.